

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-71,826-02

### EX PARTE ERIC WAYNE MILLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20040D02928 IN THE 210TH DISTRICT COURT
### FROM EL PASO COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of solicitation to commit capital murder and sentenced to imprisonment for life. He did not appeal his conviction.

After a review of the record, we find that Applicant's prosecutorial misconduct claim based on newly discovered evidence is without merit. Therefore, we deny relief.

Applicant's claim regarding cruel and unusual punishment is dismissed as subsequent. TEX.

CODE CRIM. PRO. Art. 11.07 §4(a)-(c).

Filed:  December 9, 2015
Do not publish